# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2879
_____

ASIA THOMAS,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.


December 18, 2025

PER CURIAM.

AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson, Marie A. Mattox, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee; Thomas R. Thompson and Mallory B. Brown of Thompson, Crawford, Brown & Smiley, P.A., Tallahassee, for Appellee.